In the Matter of the Adoption of BABY TRISKO, also Known as EVELYN TRISKO, an Infant.

ELIZABETH DEMYEN et al., Appellants; HERBERT H. HOLT et al., Respondents.

Submitted June 6, 1946; decided July 23, 1946.

*Charles J. Hyman* and *Nathan Cooper* for appellants.
*Benjamin Gross* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.